No. 96–68. SCHUVER ET AL. *v.* E. I. DU PONT DE NEMOURS & CO. Sup. Ct. Iowa. Certiorari denied. JUSTICE O'CONNOR took

no part in the consideration or decision of this petition.